**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

MAURICE WHITE, JR.,            )
                              )
        Plaintiff,     )
                              )
v.                             )   Case No. CIV-09-287-RAW
                              )
DANIEL MARTIN, ET AL.,         )
                              )
        Defendant.     )

**ADMINISTRATIVE CLOSING ORDER**

     This Court acknowledges the announcement by counsel that all claims by all parties will be dismissed with prejudice. The parties, however, require additional time to finalize the dismissal documents. In an effort to effectively manage this Court's calendar and prevent the unnecessary expenditure of resources by the Court and the parties, this case will be administratively closed pending the filing of the dismissals with prejudice in the case.

     IT IS THEREFORE ORDERED that the Clerk administratively close this action in his records without prejudice to the rights of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation, order, or for any other purpose required to obtain a final determination of the proceedings. But, in any event, Plaintiff & Counter-Claimant shall submit a stipulation of dismissal or other closing document no later than February 24, 2012. Should the parties fail to file one of these documents by this date, the case will be deemed dismissed in its entirety.

**Dated this 25th day of January, 2012.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma